IN THE UNITED STATES DISRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 NOV 13 A 10: 07

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PATRICK JOSEPH CHAREST, #182262
Plantiff(s)

Case No# 2:07-CV-984-MHT

v.

ALABAMA PARDON & PAROLES et. al.,
Defendant(s)

I, _____Patrick J. Charest_____, being first duly sworn, depose and say that I am the plaintiff in the above case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefor; that I believe I am entitled to relief.  I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1.  Are you presently employed?         Yes ( )     No XX

    A.  If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____Not applicable due to imprisonment._____

    B.  If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. _____Mar-95_____ Earned $900 -1200 per month; Panhandle Paving & Grading @ West Nine Mile Rd. in Pensacola, Florida 32505

2.  Have you received within the past twelve months and money from any of the following sources?

    A.  Business, profession, or form of self-employment?   Yes ( )     No XX

    B.  Rent payments, interest, or dividends?               Yes ( )     No XX

    C.  Pensions, annuities, or life insurance payments?    Yes ( )     No XX

    D.  Gifts or inheritances?                               Yes XX      No ( )

    E.  Any other sources?                                   Yes ( )     No XX

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. _____Family member sends occassional between $50.00 to 200 at varies intervals_____

PAGE 2

3. Do you own cash, or do you have money in a checking or savings account?
   Yes  XX        No            (Include any funds in prison accounts.)
   If the answer is "yes", state the total value of the items owned:    I believe about 30 to 60 cents

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ( )       No  XX
   If the answer is "yes", describe the property and state its approximate value:    N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:    TINA, TIFFANY TERRI AND TABITHA; Father of Four (4) Daughters -owing out a rate of $950.00 per month.

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on October 12th 2007 (date).

   Signature of Petitioner  Patrick Joseph Charest #182262

   CERTIFICATE

   I hereby certify that the petitioner herein has the sum of $ 39 94 on account to his credit at the Limestone Corr Facility institution where he is confined. I further certify that the petitioner likewise had the following securities to his credit according to the records of said _____ institution: _____

   Shirley Batum
   Authorized Officer of Institution

**INFORMATION REGARDING PRISONER ACCOUNTS**

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made by the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

CERTIFICATION

I hereby certify that prisoner _Pat Charest_ has been incarcerated in this institution since _3/15_, 20_05_ and that he has the sum of $_39.94_ in his prison or jail trust account on this the _26th_ day of _Oct_, 20_07_. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | See report attached | | |
| Month 2 | | $ | $ |
| Month 3 | | $ | $ |
| Month 4 | | $ | $ |
| Month 5 | | $ | $ |
| Month 6 | | $ | $ |
| Current Month (if less than a full month) | | $ | $ |

_Shirley Bradlux_
Signature of Authorized Officer of Institution

_Limestone Com. Jac._
Name of Institution

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                LIMESTONE CORECTIONAL FACILITY


AIS #: 192262      NAME: CHAREST, PAT              AS OF: 10/26/2007
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| OCT | 5  | $1.69   | $0.00   |
| NOV | 30 | $30.88  | $400.00 |
| DEC | 31 | $118.92 | $0.00   |
| JAN | 31 | $22.33  | $100.00 |
| FEB | 28 | $5.86   | $0.00   |
| MAR | 31 | $48.92  | $200.00 |
| APR | 30 | $29.62  | $100.00 |
| MAY | 31 | $2.92   | $0.00   |
| JUN | 30 | $61.71  | $200.00 |
| JUL | 31 | $4.33   | $0.00   |
| AUG | 31 | $32.69  | $200.00 |
| SEP | 30 | $35.77  | $200.00 |
| OCT | 26 | $23.00  | $200.00 |

Patrick Joseph Charest #182262
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

HUNTSVILLE / HVS
AL 350 1-L
09 NOV 2007 PM

Re: Charest vs. Alabama
    Board of Pardon and
    Paroles et. al.

In re: 2:07-CV-984-MHT

MIDDLE DISTRICT OF ALABAMA
**UNITED STATES COURTHOUSE**
ATTENTION: HONORABLE DEBRA P. HACKETT,
CLERK OF MIDDLE DISTRICT
POST OFFICE BOX# 711
MONTGOMERY, ALABAMA
                                            36104-0711

36101+0711