IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

PATRICK JOSEPH CHAREST, #182 262    *

    Plaintiff,    *

    v.    *    2:07-CV-984-MHT

ALABAMA PARDON & PAROLES, *et al*.,    *

    Defendants.    *

_____

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by inmate Willie Lee Whiting, it is

ORDERED that the motion (*Doc. No. 7*) be and is hereby DENIED.

DONE, this 4th day of December 2007.

      /s/ Susan Russ Walker
      SUSAN RUSS WALKER
      UNITED STATES MAGISTRATE JUDGE