IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

PATRICK JOSEPH CHAREST, #182 262   \*

    Plaintiff,   \*

    v.   \*   2:07-CV-984-MHT
        (WO)
ALABAMA PARDON & PAROLES, *et al.*,   \*

    Defendants.   \*

_____

**ORDER ON MOTION**

Before the court is a motion for joinder of parties filed by inmate Willie Lee Whiting. Upon consideration of the motion for joinder of parties, and as multiple prisoners are not entitled to enjoin their claims in a single cause of action, *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001), it is

ORDERED that the motion (*Doc. No. 6*) be and is hereby DENIED.

DONE, this 4th day of December 2007.

                             /s/ Susan Russ Walker
                            SUSAN RUSS WALKER
                            UNITED STATES MAGISTRATE JUDGE