IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

PATRICK JOSEPH CHAREST, #182 262       *

    Plaintiff,       *

v.       *       2:07-CV-984-MHT

ALABAMA PARDON & PAROLES, *et al*.,       *

    Defendants.       *

_____

**ORDER ON MOTION**

Plaintiff has filed a motion for extension time to submit the initial partial filing fee to the court as directed by order filed November 14, 2007. Upon review of the motion, the undersigned concludes that it shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (*Doc. No. 10*), is GRANTED;

2. Plaintiff is GRANTED an extension from December 4, 2007 to December 14, 2007 to comply with the court's November 14, 2007 order that he submit an initial partial filing fee to the court in the amount of $26.67; and

3. The Clerk furnish a copy of this order to the account clerk at the Limestone Correctional Facility.

DONE, this 5th day of December 2007.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE