```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001384
Cashier ID: cstrecke
Transaction Date: 12/05/2007
Payer Name: LIMESTONE CORRECTIONAL FAC
-----------------------------------
PLRA CIVIL FILING FEE
 For: PATRICK JOSEPH CHAREST
 Case/Party: D-ALM-2-07-CV-000984-001
 Amount:        $26.67
-----------------------------------
CHECK
 Remitter: LIMESTONE CORR FACILITY
 Check/Money Order Num: 3626
 Amt Tendered:  $26.67
-----------------------------------
Total Due:       $26.67
Total Tendered: $26.67
Change Amt:      $0.00
```

DALM207CV000984-MHT

LIMESTONE CORRECTIONAL FAC

ATTN: PATRICK JOSEPH CHAREST

AIS# 182262

28779 NICK DAVIS RD

HARVSET, AL  35749