| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Cornell Song_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>                                      12/7/07 |
| 1. Article Addressed to:<br><br>Sidney Williams<br>301 South Ripley Street<br>Building D<br>Montgomery, AL 36130<br><br>07cv984  C&OP | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☑ Certified Mail  ☐ Express Mail<br>  ☐ Registered      ☑ Return Receipt for Merchandise<br>  ☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0000 0026 7029 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Cornell Song_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>                                      12/7/07 |
| 1. Article Addressed to:<br><br>Robert Longshore<br>301 South Ripley Street<br>Building D<br>Montgomery, AL 36130<br><br>07cv984  C&OP | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☑ Certified Mail  ☐ Express Mail<br>  ☐ Registered      ☑ Return Receipt for Merchandise<br>  ☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0000 0026 7043 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Cornell Long*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery  12/7/07<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Valinda Weatherly<br>301 South Ripley Street<br>Building D<br>Montgomery, AL 36130<br><br>07cv984 C+OP | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7007 1490 0000 0026 7050 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Cornell Long*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery  12/7/07<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>General Counsel<br>Alabama Board of Pardons & Paroles<br>PO Box 302405<br>Montgomery, AL 36130<br><br>07cv984 C+OP | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7007 1490 0000 0026 7036 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |