| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Rosa M Davis*  ☑ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>Roger H Davis   12-10-07 |
| 1. Article Addressed to:<br><br>Troy King, Attorney General<br>Alabama State House<br>11 South Union Street<br>Montgomery, AL 36130<br><br>07cv984   C+OP | D. Is delivery address different from item 1?  ☐ Yes<br>  If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 1490 0000 0026 7012 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540