IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PATRICK J. CHAREST,           ) | |
|                                    ) | |
|    Plaintiff,          ) | |
|                                    ) | CIVIL ACTION NO. |
| v.                              ) | 2:07cv984-MHT |
|                                    ) | |
| ALABAMA BOARD OF PARDONS &  ) | |
| PAROLES, et al.,     ) | |
|                                    ) | |
|    Defendants.       ) | |

**ORDER**

After an independent and de novo review of the record, it is ORDERED that plaintiff's objections (Doc. Nos. 16 & 18) are overruled and that the orders at issue (Doc. Nos. 8 & 9) are affirmed.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 17th day of December, 2007.

                                              /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE