**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 28, 2008

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Charest v. Alabama Board of Pardons & Paroles et al

Case Number:   2:07cv00984-MHT

Referenced Pleading:   Corporate/Conflict Disclosure Statement

Docket Entry Number:   27

**The referenced pleading was filed on \*\*\*January 25, 2008\*\*\* in this case and is hereby STRICKEN as a duplicate docket entry.  This pleading was E-filed by counsel.**

**Docket Entry 27 was an erroneous duplicate docket entry.  Parties are instructed to disregard #27 docketing entry and refer to docket entry # 25 for correction.**