IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PATRICK JOSEPH CHAREST, #182262     *

        PLAINTIFF,     *

Vs.     *     2:07-CV-984-MHT (WO)

ALABAMA PARDON & PAROLES et. al.,     *

        DEFENDANTS.     *

### EXTENSION FOR TIME TO RESPOND TO COURT ORDER ISSUED JANUARY 11TH. 2008 OF DEFENDANTS DOC# 21

COMES NOW PATRICK JOSEPH CHAREST (hereinafter "CHAREST") and moves for additional time due to either simply inadvertence by Defendants, as follows:

§ 1.  This Court issued an Order on the above date, ordering Charest to effectively respond to Defendants *"Special Report,"* Document #21, but to date Charest has not received a[ny] pleadings whatsoever from Defendants on or **before January 31st, 2008** –however valuable days have already lapsed causing sever prejudice to seek exactly what, if any viable defense has been raised to accord Charest due process to effectuate a valid and timely response to this Honorable Court.

§ 2.  Thus accordingly, with the nature of the pleadings presently before this Court, and the violations alleged against the named Defendants whom remain at liberty to have simply filed electronically causing the anomaly described above, Charest cannot go online to receive nor review Defendants "Answer, Special Report & Supporting Evidentiary Materials," as made mention by this Honorable Court.

§ 3.  The "*prejudice*," at no fault of Charest outweighs the plaintiffs ability to follow the Courts facial Order –with all due respects –Charest has been ambushed by the Defendants attorney for no apparent reason(s), and Charest strenuously objects to the tactic practiced by a learned, experienced attorney before this Court, should sanctions, or compulsion be a necessity Charest requests invocation by this Court upon counsel for Defendants, and awaits anew Order granting additional 30 –40 days in lieu of delay caused by counsel's inactions to "*properly serve*," Charest [the plaintiff].

WHEREFORE PREMISES SHOWN, Charest prays earnestly that this Court *GRANT* an additional 30 –40 days to properly prepare, upon receipt by Defendants attorney of record, and Charest is forced to send Defendants copy to the Clerk of this Court, because Charest cannot forward a true and correct copy to Defendants attorney of record absent knowledge of whom that at present remains, nor does Charest have Defendants attorney's address to fully comply with said extension of time.

Done so this January 15th. 2008.           Respectfully submitted,

                                           Patrick Joseph Charest #182262

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day of January 15th, 2008 served a true and correct copy of the Motion for Extension of Time upon both the Clerk and Defendants by placing said same in the hands of Honorable D. Hackett, due to not knowing whom the attorney of record is, nor having first hand knowledge of their address, absent proper receipt of Special Report et. Seq., by supposed attorney of record.

Done so this January 15th. 2008.           Respectfully submitted,

                                           Patrick Joseph Charest #182262

Charest, Patrick #182262
Limestone C.F. J-Dorm
28779 Nick Davis Road
Harvest, Alabama
35749-7009

2:07-CV-984-MHT

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections in not responsible for the substance or content of the enclosed communication.

United States District Court Honorable D. Hackett, Clerk
Post Office Box #711
Montgomery, Alabama
36101-0711