IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

PATRICK JOSEPH CHAREST, #182 262    *

    Plaintiff,    *

    v.    *    2:07-CV-984-MHT

ALABAMA PARDON & PAROLES, *et al*.,    *

    Defendants.    *

_____

## ORDER ON MOTION

Before the court is Plaintiff's motion for joinder. Upon consideration of the motion, and as the facts underlying decisions of the Alabama Board of Pardons and Paroles with respect to each individual inmate are substantially different, it is

ORDERED that the motion (*Doc. No. 33*) be and is hereby DENIED.

DONE, this 31st day of January 2008.

                                /s/ Susan Russ Walker
                                SUSAN RUSS WALKER
                                UNITED STATES MAGISTRATE JUDGE