IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

PATRICK JOSEPH CHAREST, #182 262          *

    Plaintiff,          *

    v.          *          2:07-CV-984-MHT

ALABAMA PARDON & PAROLES, *et al*.,          *

    Defendants.          *

_____

### ORDER ON MOTION

Plaintiff has filed a Motion for Extension of Time to respond to Defendants' answer and written report.  Plaintiff's motion has been read, considered, and shall be granted.

Accordingly, it is ORDERED that:

1.   Plaintiff's Motion for Extension of Time (*Doc. No. 32*) be and is hereby GRANTED;

2.  Plaintiff is GRANTED an extension from January 31, 2008 to and including March 7, 2008 to file a response to Defendants' answer and written report.

It is further ORDERED that on or before February 6, 2008  counsel for Defendants SEND a copy of the answer and special report filed January 10, 2008 to Plaintiff at the Limestone Correctional Facility.

DONE, this 31st day of January 2008.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE