IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

PATRICK JOSEPH CHAREST, #182 262    *

    Plaintiff,    *

    v.    *    2:07-CV-984-MHT

SIDNEY WILLIAMS, *et al.*,    *

    Defendants.    *

_____

**ORDER**

Upon consideration of the motion for discovery/motion for production of documents and interrogatories/request for admissions/production of documents filed by Plaintiff on February 11, 2008 (*Doc. Nos. 41, 42*), it is

ORDERED that on or before February 27, 2008 Defendants shall object or otherwise respond to the requests for discovery contained in Document Numbers 41 and 42. If Defendants submit an objection to a request, they should state specific reasons for their objection.

DONE, this 13th day of February 2008.

               /s/ Susan Russ Walker
              SUSAN RUSS WALKER
              UNITED STATES MAGISTRATE JUDGE