IN THE MIDDLE DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
ALABAMA - NORTHERN DIVISION

Patrick J. Charest #182262   *
Plaintiff,   *

Vs.   *  2:07-CV-984-MHT

Sidney Williams et al   *
Defendants.   *

RECEIVED
2008 FEB 25 A 10: 16
DEBRA P. HACKETT, C...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### NOTICE OF TEMPORARY CHANGE OF ADDRESS FOR DELIVERY - NOTICE OF MAIL

Comes Now Patrick Charest (hereinafter Charest) moves this Court to Adopt & Serve All Immediate - Future Legal Pleadings As follows:

1) Charest has Been Temporarily moved-transferred on an unrelated case Back to The Baldwin County Jail c/o 200 Hand Avenue in Bay Minette, Alabama 36507 - with all concerns to the above styled case - to Affix his Name & The Foregoing #BCIN-58234

<u>NOTICE OF TEMPORARY
Change of ADDress
Page Two:</u>

In Relationship to Any, and All Future Legal Pleadings Concerning this Civil Action, Until, and Future Notice otherwise so as to not cause Delay, Prejudice to Any Party.

2) Charest maintains - without waiving any Right to manage this §1983, that said Parties Be placed on Notice until later, the Address and BCIN # to this Current Case.

Wherefore Premises Shown, Charest Prays that Court will, would accept this Notification of Address Change until otherwise notified Later
Done so this February 21st 2008              Pat Charest

<u>Certificate of Service</u>

I hereby Certify that on 2-21-08 this Notice, was served with Clerk, And Parole Board Attorneys, Properly Addressed, Postage Prepaid As follows

Ala. Parole & Parole, c/o Hugh Davis
301 South Ripley Street
P.O. Box 302405
Montgomery, Ala 36130

Done so February 21st 2008

Pat Charest pro-se



Chaney, Patrick BCIN# 58234
Baldwin County Jail Dorm D Cell #1
200 Hand Avenue
Bay Minette, Alabama 36507

2:07-cv-984-MHT

Clerk, United States District Court for M. Dob District - Northern Division
Clerk, Debra P. Hackett
Post Office Box 711
Montgomery, Alabama 36101-0711