IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| PATRICK JOSEPH CHAREST, #182 262 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-984-MHT |
| SIDNEY WILLIAMS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Before the court is Plaintiff's motion for continuance/stay pending discovery. Plaintiff requests that the directive that he file a response to Defendants' written report be held in abeyance pending Defendants' compliance with his pending requests for discovery. Upon consideration of the motion for continuance/stay, construed as a motion to hold the court's January 11, 2008 order, as extended by the court's January 31, 2008 order *(see Doc. Nos. 23, 36)*, in abeyance, and for good cause, it is

ORDERED that the motion (*Doc. No. 39*) be and is hereby DENIED.

To the extent Plaintiff's motion may be construed as a motion for extension of time to comply with the court's January 11, 2008 order, and in light of the court's January 31, 2008 order granting Plaintiff an extension to and including March 7, 2008 to file his opposition, it is

ORDERED that the motion (*Doc. No. 39*) be DENIED at this time.

DONE, this 7th day of March 2008.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE