IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| PATRICK JOSEPH CHAREST, #182 262 | * |
| Plaintiff, | * |
| v. | *   2:07-CV-984-MHT |
| SIDNEY WILLIAMS, *et al.*, | * |
| Defendants. | * |

_____

**ORDER**

For good cause, it is

ORDERED that on or before March 14, 2008 Defendants shall SHOW CAUSE for failing to comply with the court's February 13, 2008 order. (*See Doc. No. 43*).

DONE, this 7th day of March 2008.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE