IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

PATRICK JOSEPH CHAREST, #182 262      *

    Plaintiff,      *

    v.      *      2:07-CV-984-MHT

SIDNEY WILLIAMS, *et al.*,      *

    Defendants.      *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's motion for extension of time, it is ORDERED that:

1. Plaintiff's motion (*Doc. No. 45*) be and is hereby GRANTED; and

2. Plaintiff is GRANTED an extension from March 7, 2008 to and including March 21, 2008 to file his response to Defendants' written report.

DONE, this 7th day of March 2008.

                             /s/ Susan Russ Walker
                             SUSAN RUSS WALKER
                             UNITED STATES MAGISTRATE JUDGE