IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK JOSEPH CHAREST, #182262, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | CIVIL ACTION NO. 2:07cv984-MHT |
| ) | |
| SIDNEY WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

There being no objections filed to the recommendation of the magistrate judge filed on February 8, 2008 (Doc. # 38), said recommendation is adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Plaintiff's motion for class certification (Doc. # 33) is DENIED; and

2. This case is REFERRED BACK to the magistrate judge for further proceedings.

DONE, this the 7th day of March, 2008.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE