IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Patrick Joseph Charest, #182262         *

      Plaintiff,

Vs.                                     2:07-CV-984-MHT

Sidney Williams et. al.,                *

      Defendants.                       *

### MOTION FOR SECOND CHANGE OF ADDRESS

COMES NOW Patrick Joseph Charest (hereinafter "CHAREST") moves this Court to entertain, and accept the above-cited NOTIFACTION, as follows:

1. Plaintiff Charest requests that the Clerk and Defendants take judicial notice that Charest has been transferred back from Baldwin County Jail, to Limestone Correctional Facility (hereinafter "LCF") and henceforth any and all mail should reflect this current address: "28779 Nick Davis Road, Harvest, Alabama 35749-7009," as of the below specific date, as delivered unto the Alabama Department of Corrections (hereinafter "ADOC").

2. Plaintiff Charest duly apologies for any inconvenience said limited transfer(s) to the county jail may have otherwise caused, on another non-relevant case to this instant action.

3. In the event, that any other legal mail has been forwarded, either by the Clerks or the Defendants past the fixed date of Charest's return from BCJ on the morning of March 5th, 2008 to LCF, Charest requests it be forwarded to him immediately, because as of then, no legal mail had been delivered, nor received from February 20th through March 5th, 2008, concerning this instant matter –as delivered unto BCJ, for Charest, by either of the above cited parties.

WHEREFORE PREMISES SHOWN, Charest prays that this Court accept this legal notification of his change of address and have the record reflect such until further NOTICE.

Done so this March 5th, 2008.

Respectfully submitted,

/s/ Patrick Joseph Charest #182262
Patrick Joseph Charest #182262
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have this March 5th, 2008 delivered unto both the Clerk of Courts, and Defendants this Notice of Change of Address by properly addressing and affixing sufficient postage to the instant motion.

Counsel for Sidney Williams. et. al.,
**Attention: Mr. Hugh Davis, Esquire**
Alabama Pardon & Paroles et. al.,
301 South Ripley Street
Post Office Box# 302405
Montgomery, Alabama
36130

Done this March 5th 2008.

Respectfully submitted,

/s/ Patrick Joseph Charest #182262
Patrick Joseph Charest #182262
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

2

CHANAT, PATRICK #192262
Limestone C.F. Dorm J-
28779 Nick Davis Road
Harvest, Alabama
                35749-7009

2:07-CV-984-MHT

Legal Mail

[Postmark: HUNTSVILLE / 10 MAR 2008]

This correspondence is from an Alabama state prison inmate. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

United States District Court
For the Middle District
For the Northern Division
Attention Honorable D. Hackett
Post Office Box 711
Montgomery, Alabama 36130