IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**PATRICK JOSEPH CHAREST,**
    **Plaintiff,**

        Vs.                    Case #2:07-cv-984-MHT

**ALABAMA BOARD OF**
**PARDONS & PAROLES, et al.,**
    **Defendants.**

**RESPONSE TO SHOW CAUSE ORDER**
**On Behalf of Defendants**
**WILLIAMS, WEATHERLY and LONGSHORE**

    Comes now the Alabama Board of Pardons & Paroles, and members thereof, named as Defendants in this action, and shows unto the Court as follows:

1)     The Defendants' response to the previous order of the Court was delayed as counsel and Defendants attempted to ensure that the answers to interrogatories were true and correct before the affiants executed the affidavits. Some editing was necessary.

2)     The original drafts were drafted in a timely manner.

3)     Counsel and Defendants apologize for the delay.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL


s/HUGH DAVIS
DEPUTY ATTORNEY GENERAL
State Bar#:  ASB-4358-D63F
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Hugh.davis@paroles.alabama.gov


## CERTIFICATE OF SERVICE

I hereby certify that on 3-14-08, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph Patrick Charest AIS#182262
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Done this 14th day of **MARCH**, 2008.

Respectfully submitted,

s/HUGH DAVIS
DEPUTY ATTORNEY GENERAL
State Bar#:  ASB-4358-D63F
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Hugh.davis@paroles.alabama.gov