IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

PATRICK JOSEPH CHAREST, #182 262        *

    Plaintiff,        *

    v.        *        2:07-CV-984-MHT

SIDNEY WILLIAMS, *et al.*,        *

    Defendants.        *

_____

**ORDER ON MOTION**

Before the court is Plaintiff's request for a ruling on his motion for leave to file a motion to amend complaint. The court has this date entered a ruling on said pleading. (*See Doc. No. 54.*) Accordingly, it is

ORDERED that the motion for order (*Doc. No. 45*) be and is hereby DENIED as moot.

DONE, this 18th day of March 2008.

                    /s/ Susan Russ Walker
                    SUSAN RUSS WALKER
                    UNITED STATES MAGISTRATE JUDGE