IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

PATRICK JOSEPH CHAREST, #182 262     *

    Plaintiff,     *

    v.     *     2:07-CV-984-MHT

SIDNEY WILLIAMS, *et al.*,     *

    Defendants.     *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's March 26, 2008 pleading, construed as a motion for extension of time to file a response to Defendants' written report, it is

ORDERED that :

1. Plaintiff's motion for extension of time (*Doc. No. 56*) be and is hereby GRANTED; and

2. Plaintiff is GRANTED an extension from March 21, 2008 to and including April 24, 2008 to file his response.

DONE, this 4th day of April 2008.

                 /s/ Susan Russ Walker
                 SUSAN RUSS WALKER
                 UNITED STATES MAGISTRATE JUDGE