```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004725
Cashier ID: brobinso
Transaction Date: 04/14/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
-----------------------------------
PLRA CIVIL FILING FEE
 For: PAT CHAREST
 Case/Party: D-ALM-2-07-CV-000984-001
 Amount:         $32.00
-----------------------------------
CHECK
 Check/Money Order Num: 4208
 Amt Tendered:  $32.00
-----------------------------------
Total Due:      $32.00
Total Tendered: $32.00
Change Amt:     $0.00
```