IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

PATRICK JOSEPH CHAREST, #182 262    *

    Plaintiff,    *

    v.    *    2:07-CV-984-MHT
        (WO)

SIDNEY WILLIAMS, *et al.*,    *

    Defendants.    *

_____

**ORDER ON MOTION**

Before the court is Plaintiff's *motion for leave to proceed [to] amend[] complaint and/or joinder of new parties to current civil action*.  Plaintiff seeks leave to amend his complaint to name "Does No. 1 & 2" as defendants in this cause of action.

The aforementioned designations do not adequately describe the persons to be sued so that such persons can be identified for service.  *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992).  Moreover, the Federal Rules of Civil Procedure do not provide for fictitious party practice as it is incompatible with federal procedure.  *See* Rule 10(a) ("[i]n the complaint, the title of the action shall include the names of all the parties . . ."); *New v. Sports and Recreation, Inc.*, 114 F.3d 1092, 1094 at n.1 (11th Cir. 1997) (fictitious party practice not permitted in federal court and plaintiff's failure to name parties required that court strike parties.); *Watson v. Unipress*, 733 F.2d 1386, 1388 (10th Cir. 1984)(plaintiff did not amend her complaint with identities of unknown defendants, and, therefore, no one directly involved in incident was named as a defendant).  Accordingly, it is

ORDERED that Plaintiff's motion for leave to amend complaint and/or join new parties (*Doc. No. 59*) be and is hereby DENIED.

DONE, this 23rd day of April 2008.

_/s/ Susan Russ Walker_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE