IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| PATRICK JOSEPH CHAREST, #182 262 | * |
| Plaintiff, | * |
| v. | *   2:07-CV-984-MHT |
| SIDNEY WILLIAMS, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's motion to strike Defendants' answer and special report and/or any portions thereof, it is

ORDERED that the motion (*Doc. No. 60*) be and is hereby DENIED.

DONE, this 23rd day of April 2008.

　　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE