IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Patrick Joseph Charest, #182262 | * | |
| Plaintiff, | * | |
| | * | |
| Vs. | * | Case No: 07-CV-984-MHT (WO) |
| | * | |
| Alabama Pardon & Paroles et. al., | * | |
| Defendants. | * | |

## Motion to Compel Defendants to Comply
## With Court's Order Doc. 43
## Disclosing Evidence

COMES NOW Patrick Joseph Charest (hereinafter "CHAREST") moves this Court to *GRANT* and *ENTERTAIN* the above styled action as follows:

§ 1.      Plaintiff Charest request that this Court "*Compel Defendants to ANSWER Doc. 41, 42 at page eight (8), paragraphs l, m and n,*" as previously ORDERD by this Court on February 13, 2008 (Doc. 43), whereas Charest *Request[ed] For Discovery / Production For Documents*, at page 8, lettered "l, m and n" stated:

> "*Names and addresses of any and all* memoranda, documents and reports presented, offered, *submitted by defendant's to its subordinates, the Board agents thereof, connected with the specific subject matter of the case referred to above as well as the names of any and all investigator's, agents thereof*; id at p. 8 ¶ l.
>
> "*Names and addresses of any and all persons who* may *have some knowledge, information as to facts, evidence in the present case*, action against the Defendant's; id. at p. 8, ¶ m.

> *"Full names and addresses of any and all persons who gave facts, information, data or otherwise evidence which served as a basis for any aspect of this case against these Defendant's;"* id. at p. 8, ¶ n.

(Emphasis-added). These ascribed references in Charest's previous *DISCOVERY* request have neither been objected too, nor have Defendants stated any specific reasons for failing to disclose the names, addresses of said person(s) to the subject matter at hand –which is causing severe prejudice and delay upon the proceedings at fault of Defendants disobedience to otherwise fully disclose evidentiary materials.

§ 2.    Plaintiff Charest maintains that absent this Court ordering said Defendants to fully comply with said previous Curt ORDER (Doc. 43) Charest will be prejudiced and unable to specifically name the true person(s) –part(ies) actionable to the injuries suffered as defined, described in the §1983 COMPLAINT. As this Court well knows under Rule 10(a)("[I]n the complaint, the title of the action shall include the **names of all the parties** . . ."); *New v. Sports and Recreation, Inc.*, 114 F.3d 1092, 1094 at n. 1 (11th.Cir. 1997)(fictitious party practice not permitted in federal court and plaintiff's failure to name parties required that court strike parties.)

§ 3.    Plaintiff Charest maintains that the revealing of the two (2) "*special parole board members*," during Defendants limited disclosure is prima facie admissibility warranting further disclosure, compliance with both Charest's DISCOVERY requests, and this Courts ORDER for Defendants Williams, Weatherly and Longshore to have properly identified said specific persons, party's truly actionable to the colorable claims raised in this action.

WHEREFORE PREMISES SHOWN, Plaintiff Charest requests for an ORDER *COMPELLING DEFENDANTS TO FULLY COMPLY WITH DISCOVERY* documents

listed as Charest's #41, 42 above, hereinafter for juridical efficiency, as a matter of right, —to properly prosecute this §1983 COMPLAINT.

Done so this April 26th. 2008.                Respectfully submitted,

_____
Patrick Joseph Charest# 182262

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day, dated below, placed said Compel Motion for Discovery of proceedings in the U.S. mailbox properly addressed to Defendants as follows:

1.  Defendants Williams (Wynn), Weatherly, Longshore et. al.,
    C/O Chief Counsel Honorable Hugh Davis
    Attorney for Alabama Pardon & Paroles
    301 South Ripley Street
    Post Office Box #302405
    Montgomery, Alabama 36130

Done so this April 26th. 2008.                Respectfully submitted,

_____
Patrick Joseph Charest #182262
L.C.F. 28779 Nick Davis Road
28779 Nick Davis Road
Harvest, Alabama 35749-7009

CHARLES PATRICK #182262
Limestone C.F. J-Dorm
28779 Nick Davis Road
Harvest, Alabama
35749-7009

2:07-CV-984-MHT

LEGAL MAIL

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections in not responsible for the substance or content of the enclosed communication.

United States District Court Honorable D. Hackett
Post Office Bx 711
Montgomery, Alabama
36101-0711

