IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

PATRICK JOSEPH CHAREST, #182 262     *

    Plaintiff,                             *

    v.                                      *        2:07-CV-984-MHT

SIDNEY WILLIAMS, *et al.*,          *

    Defendants.                    *

_____

## ORDER

Upon consideration of Plaintiff's motion to compel, and for good cause, it is

ORDERED that on or before May 13, 2008 Defendants file a response to the motion.

DONE, this 29th day of April 2008.

                                          /s/ Susan Russ Walker
                                          SUSAN RUSS WALKER
                                          UNITED STATES MAGISTRATE JUDGE