IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| PATRICK JOSEPH CHAREST, #182 262 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-984-MHT |
| SIDNEY WILLIAMS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's motion to stay the instant proceedings, it is ORDERED that the motion (*Doc. No. 65*) be and is hereby DENIED.

DONE, this 29th day of April 2008.

        /s/ Susan Russ Walker
        SUSAN RUSS WALKER
        UNITED STATES MAGISTRATE JUDGE