IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PATRICK J. CHAREST,           )
                              )
    Plaintiff,                )
                              )
    v.                        )    CIVIL ACTION NO.
                              )      2:07cv984-MHT
                              )
ALABAMA BOARD OF PARDONS &    )
PAROLES, et al.,              )
                              )
    Defendants.               )
```

ORDER

After an independent and de novo review of the record, it is the ORDERED as follows:

(1) Plaintiff's objections to order (Doc. No. 68) are overruled.

(2) Plaintiff's alternative motion to alter, vacate, or amend (doc. no. 68) is denied.

(3) This cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 5th day of May, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE