IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PATRICK JOSEPH CHAREST, #182 262   *

    Plaintiff,   *

v.   *   2:07-CV-984-MHT

SIDNEY WILLIAMS, *et al.*,   *

    Defendants.   *

**ORDER ON MOTION**

On May 8, 2008 Plaintiff filed *motions to determine sufficiency of responses to answers/objections requesting judicial rulings for motion to compel proper response to Charest's first set of interrogatories or deem requests admitted, and request for sanctions*. Plaintiff's requests to determine the sufficiency of Defendants' discovery responses, to compel "proper" responses, and for sanctions shall be denied.

Plaintiff is advised that the court will not compel Defendants to respond to and/or provide discovery which: (i) concerns privileged matters, (ii) would undermine prison security, (iii) is cumulative and/or duplicative in nature to information provided in the special report(s), (iv) is overly broad; (v) is irrelevant to a determination of the constitutional issues before this court, and/or (vi) would be overly burdensome on Defendants.

Accordingly, it is

ORDERED that Plaintiff's motions filed May 8, 2008 (*Doc. Nos. 72, 73*) be and are hereby DENIED.

DONE, this 12th day of May 2008.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE