IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| PATRICK JOSEPH CHAREST, #182 262 | * |
| Plaintiff, | * |
| v. | *    2:07-CV-984-MHT |
| SIDNEY WILLIAMS, *et al*., | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' response to Plaintiff's motion to compel, it is

ORDERED that the motion (*Doc. No. 64*) be and is hereby DENIED.

It is further

ORDERED that Plaintiff's motion for discovery (*Doc. No. 41*) be DENIED as moot in light of Defendants' responses thereto. (*See Doc. Nos. 52, 53, 75*.)

DONE, this 14th day of May 2008.

　　　　　　　　　　　　　　　　　　 /s/ Susan Russ Walker
　　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE