IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PATRICK J. CHAREST,            )
                               )
    Plaintiff,                 )
                               )     CIVIL ACTION NO.
    v.                         )       2:07cv984-MHT
                               )
ALABAMA BOARD OF PARDONS &     )
PAROLES, et al.,               )
                               )
    Defendants.                )
```

### ORDER

After an independent and de novo review of the record, it is the ORDERED that the plaintiff's objections (Doc. No. 78) are overruled and that the order at issue (Doc. No. 74) is affirmed.

It is further ORDERED that this cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 27th day of May, 2008.

                           /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE