IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Patrick Joseph Charest, | * |
| Plaintiff, | * |
| Vs. | *  2:07-CV-984-MHT |
| Alabama Pardon & Paroles et. al., | * |
| Defendants. | * |

## MOTION FOR CHANGE OF ADDRESS

COMES NOW Patrick Joseph Charest (hereinafter "CHAREST") moves this Court to entertain, and accept the above-cited NOTIFACTION, as follows:

1. Plaintiff Charest requests that Clerk Debra Hackett, and Attorney General's Office take judicial notice that Charest has been transferred from Limestone Correctional Facility (hereinafter "LCF") reflecting this address: "28779 Nick Davis Road, Harvest, Alabama 35749-7009," but now will temporarily reside at the Baldwin County Jail hereinafter "B.C.J.") -as of the below specific date, as delivered, placed into the Alabama Department of Corrections (hereinafter "ADOC") legal mail system, henceforth any and all mail should be forwarded / addressed accordingly:

> "Patrick Joseph Charest, Pro-se #182262
> Baldwin County Jail C/O B.C.I.N. #58234
> 200 Hand Avenue
> Bay Minette, Alabama 35607"

2. Plaintiff Charest duly apologies for any inconvenience said limited transfer(s) to the county jail may at present be otherwise caus[ing]; however Charest desires to correctly manage the above styled case –without injury; from decisions, notices or otherwise not affording Charest an opportunity to Reply / Respond on said instant action.

1

*NOTIFCATION OF ADDRESS CHANGE*

3. In the event, that any and all legal mail will be expected –henceforth, as forwarded, either by Clerk D. Hackett or the Attorney General past the fixed date below, or per se maybe returned to this Court due to such *transfer* of Charest's to the BCJ from LCF, Charest requests it be forwarded to him immediately, because prior to the below attested day, date, no legal mail has been delivered, nor received from concerning parties herein –as delivered unto L.C.F. for Charest, by cited parties.

WHEREFORE PREMISES SHOWN, Charest prays that this Court accept this legal notification of his change of address and have the record reflect such until further NOTICE.

Done so this 27th day of May, 2008.

Respectfully submitted,

Patrick Joseph Charest #182262
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have this BELOW day, date delivered unto both Clerk L. Mann of Court of Criminal Appeals, and Attorney General's Office of this Notice of Change of Address by properly addressing and affixing sufficient postage to the instant motion.

1) Defendants Williams (Wynn), Weatherly, Longshore
   C/O Chief Counsel Honorable Hugh Davis
   Attorney for Alabama Pardon & Paroles
   301 South Ripley Street
   Post Office Box# 302405
   Montgomery, Alabama 36130

Done this 27th day of May, 2008.

Respectfully submitted,

Patrick Joseph Charest #182262

2

NOTIFCATION OF ADDRESS CHANGE

PATRICK JOSEPH CHAREST, #182262
LIMESTONE CORRECTIONAL FACILITY
28779 NICK DAVIS
HARVEST, ALABAMA 35749-7009

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.



Re: 2:07-CV-984-MHT

LEGAL MAIL
CONFIDENTIALITY
REQUESTED

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
POST OFFICE BOX# 711
MONTGOMERY, ALABAMA
36101-0711

36101+0711