IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PATRICK JOSEPH CHAREST, #182 262    *

    Plaintiff,    *

    v.    *    2:07-CV-984-MHT

SIDNEY WILLIAMS, *et al.*,    *

    Defendants.    *

**ORDER ON MOTION**

Before the court is Plaintiff's Motion for Leave to File an Amended Complaint. Plaintiff seeks to name Bill Wynne as a defendant to this cause of action. Upon consideration of Plaintiff's motion, and for good cause, it is

ORDERED that:

1. The Motion for Leave to File an Amended Complaint (*Doc. No. 77*) is GRANTED;

2. Defendant Wynne undertake a review of the subject matter of the complaint, as amended, (a) to ascertain the facts and circumstances; (b) to consider whether any action should be taken to resolve the subject matter of the complaint; and (c) to determine whether other similar complaints should be considered together;

3. On or before **July 7, 2008** Defendant Wynne shall file an answer and written report and serve a copy upon Plaintiff. The written report should contain a sworn statement regarding Defendant Wynne's knowledge of the subject matter of the complaint, as amended;

4. No motion for summary judgment, motion to dismiss or any other dispositive

motions addressed to the complaint, as amended, be filed by any party without permission of the court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

    The CLERK is hereby DIRECTED to furnish a copy of this order to Plaintiff and a copy of this order, the complaint, and amendment to the complaint to Bill Wynne and to counsel of record.

    DONE, this 6th day of June 2008.

                                           /s/ Susan Russ Walker
                                          SUSAN RUSS WALKER
                                          CHIEF UNITED STATES MAGISTRATE JUDGE