Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

RECEIVED
2008 JUN -6 A 11: 02
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

May 30, 2008

THE UNITED STATES MIDDLE DISTRICT
COURT FOR THE NORTHERN DISTRICT
**ATTENTION: HONORBLE D. HACKETT**
POST OFFICE BOX# 711
MONTGOMERY, ALABAMA 36101-0711

2:07cv984-MHT

In re:    (Change of address NOTICE)

Dear Honorable Hackett;

    Please allow this simplistic letter to duly serve as the formal notice that I have again returned from Circuit Court County Jail, on the above listed day, date.

    While I was at the jail for the limited three (3) days NOTHING arrived for me, according to local mail agents within the jail.

    I also, mention to you, that I never received my top copy styled "Motion For Change Of Address" which I likewise afforded this Court a courtesy SASE for quick return at no cost the federal courthouse - to date None has arrived hereat, either?

    Would you please look into where that duplicate copy may otherwise be, and alert me whether vel non you've located its whereabouts.

    Please know that I deeply apologize for all the address changes [**back and forth so much**] but I have an ongoing case which is currently under the circuit courts jurisdiction, and I don't desire to not properly manage this case.

    Please make sure the record reflects that I'm currently back at Limestone and in the event any documents, notices have in fact been forwarded to the Baldwin County Jail and somehow mysteriously found it way back to please send them to me at this location.

With Kindest Regards I am,

Patrick J. Charest
Pro-se# 182262

Chanett, Patrick # 182262
Limestone C.F. J-Dorm
28779 Nick Davis Road
Harvest, Alabama
35749-7009

2:07-CV-984-MHT

HUNTSVILLE / HVS
AL 358 2 T
02 JUN 2008 PM

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

U.S. Middle Dist Court
Attention: D. Hackett, Clerk
P. O. Box 711
Montgomery, Ala 36101-0711