IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**PATRICK JOSEPH CHAREST,**
    **Plaintiff,**

    Vs.                        Case #2:07-cv-984-MHT

**ALABAMA BOARD OF**
**PARDONS & PAROLES, et al.,**
    **Defendants.**

## NOTICE OF APPEARANCE

Comes now Steven M. Sirmon giving notice of appearance in the above styled case on behalf of the named Defendants - Alabama Board of Pardons and Paroles, its current and former members: Billy Wynne Jr, Chairman; VeLinda A.J. Weatherly, Member; Robert P. Longshore, Member; and Sidney T. Williams, former Chairman.

                       Respectfully submitted,

                       GREGORY O. GRIFFIN, SR.
                       CHIEF COUNSEL

                       s/STEVE SIRMON
                       ASSISTANT ATTORNEY GENERAL
                       State Bar#:  ASB-5949-S61S
                       Ala. Bd. Pardons and Paroles
                       301 South Ripley Street
                       P.O. Box 302405
                       Montgomery, Alabama 36130

Telephone: (334) 242-8700
steve.sirmon@paroles.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph Patrick Charest AIS#182262
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Done this 2nd day of July 2008.

Respectfully submitted,

s/STEVE SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#:  ASB-5949-S61S
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
steve.sirmon@paroles.alabama.gov