**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 8, 2008

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Charest v. Williams et al

Case Number:   2:07cv00984-MHT

Referenced Pleading:   Corporate/Conflict Disclosure Statement

Docket Entry Number:   90

**The referenced pleading was filed on \*\*\*July 07, 2008\*\*\* in this case and is hereby STRICKEN as a duplicate docket entry. Counsel e-filed this pleading and a corrected pleading (doc. entry # 91) without contacting the Clerk's Office for proper correction pursuant to the ECF Administrative Procedures for civil cases.**

**Docket Entry 90 was an erroneous duplicate docket entry. Parties are instructed to disregard #90 docketing entry and refer to docket entry # 91.**