```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005736
Cashier ID: brobinso
Transaction Date: 07/07/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
------------------------------------
PLRA CIVIL FILING FEE
 For: PAT CHAREST
 Case/Party: D-ALM-2-07-CV-000984-001
 Amount:         $40.00
------------------------------------
CHECK
 Check/Money Order Num: 4595
 Amt Tendered:   $40.00
------------------------------------
Total Due:      $40.00
Total Tendered: $40.00
Change Amt:     $0.00
```