IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| PATRICK JOSEPH CHAREST, #182 262 | * |
| Plaintiff, | * |
| v. | *   2:07-CV-984-MHT |
| SIDNEY WILLIAMS, *et al.*, | * |
| Defendants. | * |

_____

**ORDER**

Upon consideration of the motion for discovery/motion for production of documents and interrogatories/request for admissions/production of documents filed by Plaintiff on July 9, 2008 (*Doc. Nos. 94, 95*), it is

ORDERED that on or before August 1, 2008 Defendant Wynne shall object or otherwise respond to the requests for discovery contained in Document Numbers 94 and 95. If Defendant submits an objection to a request, he should state specific reasons for his objection.

It is further

ORDERED that Plaintiff is GRANTED an extension from July 24, 2008 to and including August 22, 2008 to file a response to Defendant Wynne's special report in accordance with the provisions contained in the court's July 3, 2008 order.

DONE, this 11th day of July 2008.

                                          /s/ Susan Russ Walker
                                          SUSAN RUSS WALKER
                                          CHIEF UNITED STATES MAGISTRATE JUDGE

Case 2:07-cv-00984-MHT-SRW    Document 96    Filed 07/11/2008    Page 2 of 2